The Garnishee sent the <u>original</u> Answer of Garnishee, by first-class mail, to :

00-280 ADM/AJB

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

OCT 1 2 2004

Vicki D Reynolds
Garnishee

SUBSCRIBED and SWORN to before me this

8 day of October, 2004.

Connie L Wade
NOTARY PUBLIC

CONNIE LOUISE WADE
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
OCT 1 2 2004
U.S. DISTRICT COURT MPLS