UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-280 ADM/AJB

UNITED STATES OF AMERICA,
Plaintiff,

v.

LYNNSEY MOSTAD,
Defendant,

TCF BANK,
Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in her bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about October 7, 2004, is hereby released.

Dated: October 18, 2004

s/ Arthur J. Boylan
Magistrate Judge
United States District Court